No. 88–5060.   FORNINO v. NEW JERSEY.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 88–5063.   FAIRCHILDE v. MOYLAN ET AL.   C. A. 3d Cir. Certiorari denied.

No. 88–5065.   INGRAM v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 88–5067.   DUNCAN v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 88–5068.   DICKENS v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 88–5069.   LINDQUIST v. KELLEY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 88–5072.   BARRERA v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 88–5076.   CAUSEY v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 88–5079.   SHANNON v. KLINCAR, CHAIRMAN, ILLINOIS PRISON REVIEW BOARD, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 88–5080.   NIETO v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 88–5081.   SMITH v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 88–5083.   MCKIBBON v. TEXAS.   Ct. Crim. App. Tex. Certiorari denied.

No. 88–5085.   MARTIN v. CUNNINGHAM ET AL.   C. A. 6th Cir. Certiorari denied.

No. 88–5086.   MARTINEZ v. NEW MEXICO.   Dist. Ct. N. M., 9th Jud. Dist.   Certiorari denied.